## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re:                                                     Case No. 13-02482-jw

                                                           Chapter 11

      Hampton Lake, LLC,

          Debtor.

## MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL, AND (B) GRANTING REPLACEMENT LIENS AND MEMORANDUM IN SUPPORT

Hampton Lake, LLC ("Debtor"), hereby moves the Court pursuant to 11 U.S.C. §§ 105(a), 361, 363(c)(2) and (e)[1] and Fed. R. Bankr. P. 4001(b) and 9014[2] for an order authorizing Debtor to use cash collateral on which Crimson Portfolio, LLC through its authorized agent Sabal Financial Group LP ("Lender") asserts a security interests and liens. Debtor proposes to use the monies generated from the sale of real property, which is absolutely necessary for the continuation of Debtor's business. In support of this Motion, Debtor would show as follows:

### JURISDICTION

1.    Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on April 29, 2013 (the "Petition Date").

2.    Debtor is operating its businesses and managing its assets as debtor in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

3.    This Court has subject matter jurisdiction over the Motion pursuant to 28 U.S.C. §1334.

4.    This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A). The Court can exercise its subject matter jurisdiction pursuant to 28 U.S.C. §157(b)(1).

5.    Venue of these proceedings and the Motion is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

---

[1] Further reference to the Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, will be by section number only.
[2] Further reference to the Federal Rules of Bankruptcy Procedure will be rule number only.

6.     The statutory basis for relief requested herein are 11 U.S.C. §§ 105(a), 361, 363(c)(2) and (e) and Bankruptcy Rules 4001(b) and 9014.

## *BACKGROUND*

7.     Debtor is in the real estate development industry.  The Debtor has approximately 250+/- lots in Hampton Lake Subdivision in Bluffton, South Carolina, and owns and operates other subdivision common property, including a lakehouse, boathouse, spa and fitness center, and a 165-acre freshwater lake.   The Debtor's primary business is the operation of the subdivision and the development and sale of residential lots within the subdivision. There are approximately 650 homeowners currently living at the Debtor's development. The Debtor has seven (7) employees.

8.     Lender asserts and Debtor believes that Lender has a perfected first priority mortgage in the Debtor's real property holdings as well as a pre-petition security interest in the accounts, deposit accounts, commercial tort claims, fixtures, equipment, instruments, inventory, investment property, chattel paper, letter of credit rights, supporting obligations, intangibles, and proceeds ("Cash Collateral") of the Debtor. Lender and the Debtor believe that Lender has a claim in the approximate amount of $19,429,484.26.

9.     The Debtor's use of Cash Collateral in this case is necessary for the continued operation of its business.  Debtor needs to pay operational expenses, such as payroll, utilities, and insurance.

10.     Debtor proposes to use the Cash Collateral as described in the budget attached hereto as **Exhibit A** (the "Budget").  Specifically, Debtor proposes to pay only those expenses itemized Budget.  Debtor also requests permission to exceed any line item in the Budget that contains a dollar amount as long as Debtor does not exceed the overall amount requested in the Budget.  If surplus funds are available from Cash Collateral after payment of those expenses set forth in **Exhibit A**, such funds will be held for possible use by the Debtor pending further order of the court.

11.     Debtor further proposes to make distributions to Lender from its post-petition property sales in an amount of 90% of the sales proceeds, after the payment of all commissions, attorney's fees, and other closing costs from each sale and after payment of the Debtor's management and operational expenses.

## RELIEF REQUESTED

12.     As adequate protection for the use of Cash Collateral, Debtor agrees to provide Lender with replacement liens on post-petition Cash Collateral to the same extent and priority as its pre-petition liens, for the extent of any post-petition diminution in the pre-petition Cash Collateral as well as replacement liens on all other property that may be acquired post-petition by the Debtor with such replacement liens having the same extent and priority as Lenders' prepetition liens on such property.

13.     Section 363(c)(2) provides that the Debtor may use Cash Collateral if each entity that has an interest in such Cash Collateral consents or if the court authorizes such use after notice and hearing.  Among the non-exclusive examples of adequate protection found in  §361 is a replacement lien to the extent that use of collateral results in a decrease in its value.

14.     Use of Cash Collateral is necessary in order for the Debtor to maintain its business operations.   As the Debtor is continually receiving income from the operation of its business, Cash Collateral is continually being replenished.   Therefore, Debtor believes that granting replacement liens to Lenders should fully protect Lenders.

15.     Upon information and belief, Lender has not consented to Debtor's use of Cash Collateral according to the terms set forth herein and the proposed interim order on use of cash collateral filed simultaneously herewith.

WHEREFORE, having shown that Debtor's continuing use of Cash Collateral for its ongoing operations is absolutely necessary, Debtor seeks interim and final orders authorizing use of such Cash Collateral and requests such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED on this the 29th day of April 2013 at Columbia, South Carolina.

MCCARTHY LAW FIRM, LLC

By:     /s/Daniel J. Reynolds, Jr.
          G. William McCarthy, Jr., I.D.#2762
          Daniel J. Reynolds, Jr., I.D.#9232
          Sean P. Markham, I.D. #10145
          W. Harrison Penn, I.D. #11164
          PO Box 11332
          Columbia, SC 29211
          (803) 771-8836
          (803) 753-6960 (fax)
          dreynolds@mccarthy-lawfirm.com

3

**Hampton Lake, LLC**

| EXHIBIT A | PAGE 2 OF 3 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **2014** | | | | | | | | | | | |
| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| Sales Absorption | | 5 | 5 | 5 | 6 | 6 | 7 | 8 | 8 | 9 | 10 | 11 | 10 | 90 |
| Lot Sales | | 518,945 | 518,945 | 518,945 | 622,734 | 622,734 | 726,523 | 830,312 | 830,312 | 934,101 | 1,037,890 | 1,141,679 | 1,037,890 | 9,341,010 |
| Misc & Interest Income | | | | | | | | | | | | | | 0 |
| Commercial Property | | | | | | | | | | 762,240 | | | | 762,240 |
| | | | | | | | | | | | | | | |
| Commissions | 10% | 51,895 | 51,895 | 51,895 | 62,273 | 62,273 | 72,652 | 83,031 | 83,031 | 93,410 | 103,789 | 114,168 | 103,789 | 934,101 |
| Closing Costs | 0.75% | 3,892 | 3,892 | 3,892 | 4,671 | 4,671 | 5,449 | 6,227 | 6,227 | 7,006 | 7,784 | 8,563 | 7,784 | 70,058 |
| Closing Incentives | | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 15,000 | 15,000 | 140,000 |
| | | | | | | | | | | | | | | |
| **Operating Expense** | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | |
| POA Subsidy | | (25,776) | 20,644 | 44,724 | 8,742 | 19,273 | 28,679 | 8,291 | 7,933 | 12,201 | 12,886 | 6,147 | 60,865 | 204,610 |
| General & Admin | | 27,771 | 28,730 | 37,771 | 27,771 | 27,771 | 27,771 | 28,271 | 27,771 | 27,771 | 27,771 | 29,571 | 31,261 | 350,001 |
| Marketing | | 57,197 | 49,866 | 40,150 | 37,771 | 35,847 | 29,894 | 29,905 | 38,435 | 32,612 | 38,901 | 29,802 | 29,623 | 450,003 |
| Sales Operations | | 22,743 | 13,260 | 31,400 | 19,915 | 18,893 | 21,795 | 36,048 | 29,759 | 20,710 | 23,310 | 16,010 | 125,041 | 378,884 |
| Insurance | | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | | 50,000 |
| | | | | | | | | | | | | | | |
| Road Top Cap | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | |
| Property Taxes | | 6,483 | 6,483 | 6,483 | 6,483 | 6,483 | 6,483 | 6,483 | 6,483 | 6,483 | 6,483 | 6,483 | 6,483 | 77,796 |
| | | | | | | | | | | | | | | |
| Professional Fees | | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 50,004 |
| | | | | | | | | | | | | | | |
| Total Expense | | 163,538 | 194,103 | 235,649 | 186,959 | 194,544 | 212,057 | 217,590 | 218,974 | 219,527 | 240,258 | 234,077 | 388,180 | 2,705,456 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Beg. Cash | | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | |
| | | | | | | | | | | | | | | |
| Sales | | 518,945 | 518,945 | 518,945 | 622,734 | 622,734 | 726,523 | 830,312 | 830,312 | 1,696,341 | 1,037,890 | 1,141,679 | 1,037,890 | 10,103,250 |
| | | | | | | | | | | | | | | |
| Total Exp. | | -163,538 | -194,103 | -235,649 | -186,959 | -194,544 | -212,057 | -217,590 | -218,974 | -219,527 | -240,258 | -234,077 | -388,180 | -2,705,456 |
| | | | | | | | | | | | | | | |
| 10,141,646 Int. | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | |
| Note A Repayment | | -326,974 | -298,855 | -260,632 | -400,913 | -393,934 | -473,309 | -563,704 | -562,431 | -1,358,669 | -733,822 | -834,994 | -597,733 | -6,805,970 |
| Charters | | -28,433 | -25,987 | -22,664 | -34,862 | -34,255 | -41,157 | -49,018 | -48,907 | -118,145 | -63,811 | -72,608 | -51,977 | -591,823 |
| | | | | | | | | | | | | | | 0 |
| Ending Cash | | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | |
| | | | | | | | | | | | | | | |
| **Note Balance** | | | | | | | | | | | | | | |
| Beginning Bal. | | 10,141,646 | 9,814,672 | 9,515,817 | 9,255,185 | 8,854,272 | 8,460,338 | 7,987,029 | 7,423,325 | 6,860,894 | 5,502,225 | 4,768,403 | 3,933,409 | |
| | | | | | | | | | | | | | | |
| Paydown | | -326,974 | -298,855 | -260,632 | -400,913 | -393,934 | -473,309 | -563,704 | -562,431 | -1,358,669 | -733,822 | -834,994 | -597,733 | -6,805,970 |
| | | | | | | | | | | | | | | |
| Ending Bal. | | 9,814,672 | 9,515,817 | 9,255,185 | 8,854,272 | 8,460,338 | 7,987,029 | 7,423,325 | 6,860,894 | 5,502,225 | 4,768,403 | 3,933,409 | 3,335,676 | |

**Hampton Lake, LLC**

**EXHIBIT A**  PAGE 3 OF 3

| | | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Absorption | | 5 | 6 | 6 | 6 | 7 | 7 | 9 | 10 | 10 | 12 | 12 | 12 | 102 |
| Lot Sales | | 504,365 | 605,238 | 605,238 | 605,238 | 706,111 | 706,111 | 907,857 | 1,008,730 | 1,008,730 | 1,210,476 | 1,210,476 | 1,210,476 | 10,289,046 |
| Misc & Interest Income | | | | | | | | | | | | | | 0 |
| Commercial Property | | | | | | | | | 750,000 | | | | | 750,000 |
| | | | | | | | | | | | | | | |
| Commissions | 10% | 50,437 | 60,524 | 60,524 | 60,524 | 70,611 | 70,611 | 90,786 | 100,873 | 100,873 | 121,048 | 121,048 | 121,048 | 1,028,905 |
| Closing Costs | 0.75% | 3,783 | 4,539 | 4,539 | 4,539 | 5,296 | 5,296 | 6,809 | 7,565 | 7,565 | 9,079 | 9,079 | 9,079 | 77,168 |
| Closing Incentives | | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 15,000 | 15,000 | 160,000 |
| | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| POA Subsidy | | (52,032) | (1,886) | 25,623 | 579 | 9,372 | 15,723 | 7,901 | (5,907) | (4,275) | (7,740) | (19,665) | 29,364 | -2,942 |
| General & Admin | | 19,438 | 20,397 | 29,438 | 19,438 | 19,438 | 19,438 | 19,938 | 19,438 | 19,438 | 19,438 | 21,238 | 22,923 | 250,000 |
| Marketing | | 42,080 | 34,843 | 28,722 | 22,377 | 19,313 | 20,262 | 19,863 | 27,115 | 21,363 | 26,727 | 17,968 | 19,367 | 300,000 |
| Sales Operations | | 22,033 | 16,490 | 29,111 | 16,915 | 16,772 | 13,075 | 35,456 | 25,119 | 10,370 | 12,470 | 6,720 | 116,819 | 321,360 |
| Insurance | | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 50,004 |
| | | | | | | | | | | | | | | |
| Road Top Cap | | 50,000 | 50,000 | 50,000 | | | | | | | | | | 150,000 |
| | | | | | | | | | | | | | | |
| Property Taxes | | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 41,604 |
| | | | | | | | | | | | | | | |
| Professional Fees | | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 35,004 |
| | | | | | | | | | | | | | | |
| Total Expense | | 159,289 | 208,458 | 251,518 | 147,924 | 164,353 | 167,956 | 204,304 | 197,755 | 178,886 | 204,572 | 181,938 | 344,150 | 2,411,102 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Beg. Cash | | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 66,546 | 200,000 | 200,000 | 200,000 | |
| | | | | | | | | | | | | | | |
| Sales | | 504,365 | 605,238 | 605,238 | 605,238 | 706,111 | 706,111 | 907,857 | 1,758,730 | 1,008,730 | 1,210,476 | 1,210,476 | 1,210,476 | 11,039,046 |
| | | | | | | | | | | | | | | |
| Total Exp. | | -159,289 | -208,458 | -251,518 | -147,924 | -164,353 | -167,956 | -204,304 | -197,755 | -178,886 | -204,572 | -181,938 | -344,150 | -2,411,102 |
| | | | | | | | | | | | | | | |
| 3,335,676 | Int. | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | |
| Note A Repayment | | -303,667 | -349,166 | -311,274 | -402,437 | -476,747 | -473,576 | -619,127 | -399,682 | | | | | -3,335,676 |
| Additional Bank | | | | | | | | | -1,139,377 | -612,823 | -885,195 | -905,113 | -942,367 | -4,484,876 |
| Charters | | -41,409 | -47,614 | -42,446 | -54,878 | -65,011 | -64,579 | -84,426 | -155,370 | -83,567 | -120,708 | -123,425 | -123,959 | -1,007,391 |
| Ending Cash | | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 66,546 | 200,000 | 200,000 | 200,000 | 0 | |
| | | | | | | | | | | | | | | |
| Note Balance | | | | | | | | | | | | | | |
| Beginning Bal. | | 3,335,676 | 3,032,009 | 2,682,843 | 2,371,569 | 1,969,132 | 1,492,385 | 1,018,809 | 399,682 | 0 | 0 | 0 | 0 | |
| | | | | | | | | | | | | | | |
| Paydown | | -303,667 | -349,166 | -311,274 | -402,437 | -476,747 | -473,576 | -619,127 | -399,682 | 0 | 0 | 0 | 0 | -3,335,676 |
| | | | | | | | | | | | | | | |
| Ending Bal. | | 3,032,009 | 2,682,843 | 2,371,569 | 1,969,132 | 1,492,385 | 1,018,809 | 399,682 | 0 | 0 | 0 | 0 | 0 | |