## U.S. BANKRUPTCY COURT
### District of South Carolina

Chapter 11 Case No.: 13-02482-jw

**ORDER CONTINUING HEARINGS FOR: (1) THE ANNOUNCEMENT OF THE COURT'S RULING ON THE DEBTOR'S MOTION FOR ENTRY OF ORDER ESTIMATING THE CHARTER NOTE HOLDER CLAIMS FOR ALL PURPOSES IN THIS MATTER; (2) CRIMSON PORTFOLIO, LLC AND SABAL FINANCIAL GROUP, L.P.'S CONTINUED MOTION TO COMPEL; (3) CRIMSON PORTFOLIO, LLC AND SABAL FINANCIAL GROUP, L.P.'S MOTION FOR RELIEF FROM STAY; AND (4) CRIMSON PORTFOLIO, LLC AND SABAL FINANCIAL GROUP, L.P.'S MOTION FOR PROTECTIVE ORDER**

The relief set forth on the following pages, for a total of **3** pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**10/11/2013**



*John E. Waites*
US Bankruptcy Judge
District of South Carolina

Entered: 10/11/2013

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 13-02482-jw |
| | ) | |
| Hampton Lake, LLC, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER CONTINUING HEARINGS FOR: (1) THE ANNOUNCEMENT OF THE COURT'S RULING ON THE DEBTOR'S MOTION FOR ENTRY OF ORDER ESTIMATING THE CHARTER NOTE HOLDER CLAIMS FOR ALL PURPOSES IN THIS MATTER; (2) CRIMSON PORTFOLIO, LLC AND SABAL FINANCIAL GROUP, L.P.'S CONTINUED MOTION TO COMPEL; (3) CRIMSON PORTFOLIO, LLC AND SABAL FINANCIAL GROUP, L.P.'S MOTION FOR RELIEF FROM STAY; AND (4) CRIMSON PORTFOLIO, LLC AND SABAL FINANCIAL GROUP, L.P.'S MOTION FOR PROTECTIVE ORDER**

These matters are before the Court on: (1) the hearing scheduled by the Court (initially scheduled for September 30, 2013 by way of docket no. 240) to announce a ruling on Debtor's Motion to Estimate the Claims of the Charter Note Holders for All Purposes in this Matter (the "Claims Estimation Motion") (filed on June 27, 2013 at docket no. 141); (2) a continued hearing on the Motion to compel the Debtor to Pay Consideration for Releases ("Continued Motion to Compel") filed by Crimson Portfolio, LLC and SABAL Financial Group, L.P. ("SABAL") (filed on June 19, 2013 at docket no. 117); (3) SABAL's Motion for Relief from Stay (filed on August 21, 2013 at docket no. 206); and (4) SABAL'S Motion for Protective Order (the "Motion for Protective Order") (filed on September 5, 2013 at docket no. 231) as supplemented by its Supplement to Motion for Protective Order (filed on September 6, 2013 at docket no. 232).

The hearings on the Debtor's Claims Estimation Motion and SABAL's Motion for Protective Order were scheduled for hearing on October 9, 2013 at 10:00 a.m. in Columbia. The hearings on SABAL's Continued Motion to Compel and SABAL's Motion for Relief from Stay are currently scheduled to be heard simultaneous with a confirmation hearing beginning on October 15, 2013 at 9:00 a.m. at 145 King Street, Room 225, Charleston, South Carolina, 29401.

The parties have been engaged in negotiating consensual terms of an amended plan of liquidation in this matter. At the hearings before the Court on October 9, 2013, the parties requested a continuance of the hearings related to the ruling on the Debtor's Claims Estimation Motion and SABAL's Motion for Protective Order. Additionally, the Debtor announced that on or before October 14, 2013 it expected to file an amended plan of liquidation in this matter that will require re-noticing and re-balloting of the various parties, thereby mooting the confirmation hearing currently scheduled for October 15, 2013 in Charleston, South Carolina.

Based on the statements of counsel on the record at the hearings before the Court on October 9, 2013, and it appearing that such relief is in the best interest of the Debtor's estate, its creditors, and other parties in interest, it is hereby **ORDERED** that:

A. The hearing to announce a ruling on the Debtor's Claims Estimation Motion will be re-scheduled for October 16, 2013 at 3:00 p.m. at the 145 King Street, Room 225, Charleston, South Carolina, 29401.

B. The hearing regarding confirmation of the Debtor's Plan of Liquidation (filed on May 3, 2013 as docket no. 21) (as amended) will not be heard on October 15, 2013 in Charleston as currently scheduled. Instead, upon filing of an amended plan by the Debtor, the Court will set a new date for a confirmation hearing on an amended plan by separate order.

C. The hearings on (1) SABAL's Continued Motion to Compel; (2) SABAL's Motion for Relief from Stay; and (3) SABAL's Motion for Protective Order shall be scheduled for the same day and time as confirmation of an amended plan of liquidation.

**AND IT IS SO ORDERED.**